IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY JOSEPH SEEBOTH,** | CIV S-08-0287-LEW-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **STEPHEN MAYBERG, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including April 15, 2008, to file a response to Petitioner's petition for writ of habeas corpus.

DATED: March 25, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1